ULLMANN, HOAG & DAVIDSON, for plaintiff in error.

FRANK T. MCDERMOTT and FRANK A. RAMACITTI, for defendant in error.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

PHYSICIANS AND SURGEONS, § 28*—*when evidence sufficient to sustain judgment for professional services.* In an action by a physician for professional services rendered, amount of judgment recovered by plaintiff, *held* sustained by the evidence.

---

### Max Weinberg for use of Frank A. Flavin, Defendant in Error, v. J. Krueger and Anna E. Krueger, Plaintiffs in Error.

### Gen. No. 18,467.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD A. DICKER, Judge, presiding. Heard in this court at the October term, 1912. Reversed and remanded. Opinion filed February 2, 1914.

### Statement of the Case.

Action by Max Weinberg for the use of Frank A. Flavin against J. Krueger and Anna E. Krueger in garnishment upon a judgment secured by Flavin against Weinberg for $42.21. Judgment was recovered against defendants jointly in favor of Weinberg as the nominal and Flavin as the beneficial plaintiff for $50.41. To reverse the judgment, defendants prosecuted a writ of error.

BEAUREGARD F. MOSELEY, for plaintiffs in error.

BLUM, WOLFSOHN & BACON, for defendant in error.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

MR. JUSTICE BROWN delivered the opinion of the court.

### Abstract of the Decision.

GARNISHMENT, § 118*—*when judgment against joint defendants erroneous.* A judgment against a husband and wife jointly in a garnishment proceeding, *held* erroneous and reversible as to both defendants where the record shows no evidence connecting the wife with the indebtedness to the nominal plaintiff.

---

### James A. Pugh, Defendant in Error, v. C. A. Williams, Plaintiff in Error.

#### Gen. No. 18,518.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FREDERICK L. FAKE, JR., Judge, presiding. Heard in this court at the October term, 1912. Affirmed. Opinion filed February 2, 1914.

### Statement of the Case.

Action by James A. Pugh against C. A. Williams to recover a balance due on a verbal contract for the sale of an engine by plaintiff to defendant for one thousand two hundred and fifty dollars, on which nine hundred and fifty dollars was paid. To reverse a judgment entered in favor of plaintiff for three hundred dollars, defendant prosecutes a writ of error.

EDDY, WETTEN & PEGLER, for plaintiff in error; WILLIAM H. DIETRICH, of counsel.

Q. J. CHOTT, for defendant in error.

MR. JUSTICE BROWN delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.